No. 72–1598. National Labor Relations Board v. Bell Aerospace Company, Division of Textron, Inc.

C. A. 2d Cir. Certiorari granted.